**DENY and Opinion Filed August 31, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00718-CV**
_____

**IN RE CHILDREN'S MEDICAL CENTER OF DALLAS, Relator**

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02427-B**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Breedlove
Opinion by Justice Breedlove

In this original proceeding, relator seeks mandamus relief from the trial court's July 19, 2023 order denying its Rule 91a motion to dismiss the conspiracy and intentional infliction of emotional distress claims. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition and the record before us, we conclude that relator has failed to demonstrate entitlement to the relief requested.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).


230718f.p05

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE